UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARGARET R. PSENCIKA, | Civil No. C07-5095FDB |
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including August 29, 2007, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including September 12, 2007, to file Plaintiff's Reply Brief.

DATED this 30th day of July, 2007.

/s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Page 1      ORDER- [3:07-CV-5095-FDB-JKA]

1  Presented by:

2

3  s/ JOHANNA VANDERLEE   WSB # 19178
   Special Assistant U.S. Attorney
4  Office of the General Counsel
   701 Fifth Avenue, Suite 2900 MS/901
5  Seattle, Washington 98104-7075
6  Telephone:  (206) 615-3858
   FAX:  (206) 615-2531
7  johanna.vanderlee@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Page 2          ORDER- [3:07-CV-5095-FDB-JKA]